UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In Re:                              )
                                    )   Case No. 21-42200-399
Ramona Morris,                      )
                                    )   Chapter 13
        Debtor                      )
                                    )

## CERTIFICATE OF SERVICE OF FIRST AMENDED CHAPTER 13 PLAN

I certify that a true and correct copy of the foregoing document was filed electronically on August 10, 2021 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, postage fully pre-paid, addressed to those parties listed below on August 10, 2021.

See attached list of creditors.

/s/ Kimber H. Baro
Kimber H. Baro   #33690MO
Attorney for Debtor
Baro Law Firm
1605 N. Lindbergh Blvd
Florissant, MO 63031
Tel: (314) 896-1999
Fax: (314) 942-7195
Email: kbaro@barolawfirm.com

Label Matrix for local noticing
0865-4
Case 21-42200
Eastern District of Missouri
St. Louis
Thu Jun 10 10:04:41 CDT 2021

111 South Tenth Street
Fourth Floor
St. Louis, MO 63102-1125

AFTS Contract Services
P.O. Box 34108
Seattle, WA 98124-1108

AR Resources, Inc.
P.O. Box 1056
Blue Bell, PA 19422-0287

Acceptance Now
5501 Headquarters Drive
Plano, TX 75024-5837

AmeriMark Premier
1112 7th Avenue
Monroe, WI 53566-1364

American First Finance
P.O. Box 565848
Dallas, TX 75356-5848

American Profit Recovery
34505 W 12 Mile Rd, Ste 333
Farmington Hills, MI 48331-3288

(p)AMERICOLLECT INC
PO BOX 2080
MANITOWOC WI 54221-2080

BJC Medical Group
P.O. Box 958417
Saint Louis, MO 63195-8417

BK Podiatry Centers, LLC
111 Florissant Oaks Shopping Center
Florissant, MO 63031-3933

Biltmore Asset Management
24500 Center Ridge Rd, Ste 472
Westlake, OH 44145-5605

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Charter Communications/Spectrum
Attn: Legal Dept/Bankruptcy Notices
12405 Powerscourt Drive
Saint Louis, MO 63131-3673

Consumer Collection Management Inc.
P.O. Box 1839
Maryland Heights, MO 63043-6839

Convergent Outsourcing
800 SW 39th St, Ste #100
P.O. Box 9004
Renton, WA 98057-9004

Credit Acceptance Corporation
Silver Triangle Building
25505 West Twelve Mile Rd, Ste 3000
Southfield, MI 48034-8331

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Empire Verification Services Inc.
2390 N Forest Rd, Ste 472
Getzville, NY 14068-1294

Gregory Funding
P.O. Box 230579
Portland, OR 97281-0579

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

LVNV Funding LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

MCA Management Company
P.O. Box 480
High Ridge, MO 63049-0480

MRCI
132 N 3rd St
DeKalb, IL 60115-3302

MSD
Attn: Bankruptcy
2350 Market Street
Saint Louis, MO 63103-2555

Midland Credit Management, Inc.
320 East Big Beaver, Ste 300
Troy, MI 48083-1271

Missouri Department of Revenue
Attn: Bankruptcy Dept
P.O. Box 475
Jefferson City, MO 65105-0475

Nationwide Chase, LLC
80 State Street
Albany, NY 12207-2541

Office of US Trustee
111 S Tenth St, Ste 6.353
St. Louis, MO 63102-1127

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

| | | |
|---|---|---|
| Pro Pain LLC<br>566 First Capitol Dr, Ste 200<br>Saint Charles, MO 63301-2726 | Radius Global Solutions LLC<br>9550 Regency Square Blvd, Ste 602<br>Jacksonville, FL 32225-8116 | Randall E. Gusdorf<br>Attorney at Law<br>9666 Olive Blvd, Ste 211<br>Saint Louis, MO 63132-3012 |
| SSM Physical Therapy<br>1050 Old Des Peres Rd, Ste 40<br>Saint Louis, MO 63131-1873 | Santander Consumer USA<br>Attn: Bankruptcy Dept<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | SouthLaw, P.C.<br>13160 Foster<br>Suite 100<br>Overland Park, KS 66213-2848 |
| SouthLaw, P.C.<br>Attn: Dan West<br>800 Market Street<br>Suite 1660<br>Saint Louis, MO 63101-2502 | St. Louis Pro Turf<br>1305 Gore Rd<br>Raymore, MO 64083-9629 | The CBE Group Inc.<br>131 Tower Park, Suite 100<br>P.O. Box 2635<br>Waterloo, IA 50704-2635 |
| Transworld Systems Inc.<br>P.O. Box 15270<br>Wilmington, DE 19850-5270 | (p)U S  ATTORNEY'S OFFICE<br>111 SOUTH TENTH STREET ROOM 20 333<br>ST LOUIS MO 63102-1125 | (p)TEMPOE  LLC DBA WHY NOT LEASE IT<br>ATTN BOB HOLWADEL<br>720 EAST PETE ROSE WAY SUITE 400<br>CINCINNATI OH 45202-3576 |
| Diana S. Daugherty<br>Chapter 13 Trustee<br>P. O. Box 430908<br>St. Louis, MO 63143-0908 | Kimber Houpt Baro<br>Baro Law Firm<br>1605 N. Lindbergh Blvd<br>Florissant, MO 63031-4646 | Ramona Lashell Morris<br>1322 Petite Drive<br>Saint Louis, MO 63138-2337 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americollect Inc.<br>1851 S Alverno Road<br>Manitowoc, WI 54220 | Portfolio Recovery Associates<br>120 Corporate Blvd, Ste 100<br>Norfolk, VA 23502 | United States Attorney<br>111 South 10th St, 20th Floor<br>Saint Louis, MO 63102 |
| WhyNotLeasing, LLC<br>1750 Elm St, Ste 1200<br>Manchester, NH 03104 | End of Label Matrix<br>Mailable recipients   44<br>Bypassed recipients    0<br>Total                 44 | |