UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 21-42200-399 |
| Ramona Morris ) | |
| ) | Chapter 13 |
| Debtor. ) | |

**DEBTORS' REPLY TO TRUSTEE'S OBJECTION TO CLAIM 12-1 FILED BY INTERNAL REVENUE SERVICE**

    Comes now Kimber H. Baro, Attorney for Debtor, and advises the Court that Debtor's counsel is working to resolve the claim issues with the Service.

/s/ Kimber H. Baro
Kimber H. Baro 33690MO
Attorney for Debtor
1605 N. Lindbergh Blvd
Florissant, MO 63031
Tel: (314) 896-1999
Fax: (314) 942-7195
Email: Kbaro@barolawfirm.com

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing document was filed electronically on September 9, 2021 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

    I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served on the following on the United States, or any of its officers or agencies pursuant to Fed. R. Bankr. P. 7004(b)(4) or (5), on September 9, 2021 by certified, first class mail, addressed to the following persons:

Internal Revenue Service
P.O. Box 7317
c/o Missouri Cases
Philadelphia, PA 19101-7317

Internal Revenue Service
P.O. Box 7346

Insolvency Unit
Philadelphia, PA 19101-7346

Jane Rund
 U.S. Attorney's Office
111 S. 10th Street
Suite 20.333
St. Louis, MO 63102


U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

                                                /s/ Kimber H. Baro